UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORALES, et al., | Case No. 25-cv-06982-NW |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| TOYOTA MOTOR SALES U.S.A., INC., et al., | Re: ECF No. 23 |
| Defendants. | |

On April 28, 2026, Defendants Toyota Motor Sales U.S.A., Inc. and Envision Motorsport LLC filed a motion for judgment on the pleadings.  ECF No. 23.  Plaintiffs Anthony Morales and Agustina Gurrola's opposition was due on May 12, 2026.  Civ. L. R. 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed.").  By May 12, 2026, Plaintiffs had not filed an opposition, nor had they requested an extension of their deadline.

On June 25, 2026, approximately a month and a half after their deadline, Plaintiffs filed an opposition.  ECF No. 24.  Plaintiffs did not include an explanation, either in their brief or in counsel's supporting declaration, for their late filing and did not request leave of Court to excuse their delinquent submission.

On July 3, 2026, Defendants filed a reply, asking the Court to strike Plaintiffs' untimely opposition and grant Defendants' motion for judgment on the pleadings as unopposed.  ECF No. 25.

Plaintiffs are ORDERED TO SHOW CAUSE why the Court should not strike Plaintiffs' opposition as untimely and dismiss Plaintiffs' case for failure to prosecute and failure to comply with a Court order.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962); Fed. R. Civ. P. 41(b); Civil Standing Order, Section A.  If Plaintiffs oppose this Order to Show Cause, by no later

United States District Court
Northern District of California

than **Tuesday, July 7, 2026, at 12:00 p.m.**, they must file an opposition and serve it on the opposing party.  Failure to oppose this Order to Show Cause will result in a dismissal of Plaintiffs' action with prejudice.

The Court CONVERTS the hearing on Defendants' motion for judgment on the pleadings, set for July 8, 2026, at 9:00 a.m., into a hearing on the Order to Show Cause.  The hearing will be held in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. The parties must appear at the hearing in person; no remote appearances are permitted.

**IT IS SO ORDERED.**

Dated: July 6, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2